FILED

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

00 AUG -2 AM

U.S. DISTRICT COURT
N.D. OF ALABAMA

| | | |
|---|---|---|
| FREDDIE LEE JACKSON, | ) | |
| Plaintiff, | ) | |
| vs. | ) | CV 00-G-1597-S |
| OFFICER HAGEN, ET AL., | ) | |
| Defendants. | ) | |

ENTERED
AUG 2 2000

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on July 5, 2000, recommending that this action filed pursuant to 42 U.S.C. Section 1983 be dismissed under 28 U.S.C. Section 1915(A)(b). The plaintiff filed objections to the report and recommendation on July 12, 2000.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the objections thereto, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and his recommendation is ACCEPTED. Accordingly, the complaint is due to be dismissed pursuant to 28 U.S.C. Section 1915A(b). A Final Judgment will be entered.

DONE this the 2nd day of August, 2000.

J. FOY GUIN, JR.
UNITED STATES DISTRICT JUDGE

12